Price v 7th Gear Corp. (2025 NY Slip Op 07423)

Price v 7th Gear Corp.

2025 NY Slip Op 07423

Decided on December 31, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

CHERYL E. CHAMBERS, J.P.
LINDA CHRISTOPHER
CARL J. LANDICINO
JAMES P. MCCORMACK, JJ.

2024-01364
 (Index No. 707378/20)

[*1]Kristin Price, plaintiff-respondent,
v 7th Gear Corp., et al., appellants, "John Doe," etc., et al., defendant, Joseph McGrade, defendant-respondent.

Lewis Brisbois Bisgaard & Smith LLP, New York, NY (Nicholas Hurzeler and Bindu Nair of counsel), for appellants.
Morris Duffy Alonso Faley & Pitcoff, New York, NY (Iryna S. Krauchanka and Kevin G. Faley of counsel), for defendant-respondent.

DECISION & ORDER
In an action to recover damages for personal injuries, the defendants 7th Gear Corp., Lisa M. Shelton, and Bernadette R. Cuccia appeal from an order of the Supreme Court, Queens County (Maurice E. Muir, J.), entered January 10, 2024. The order, in effect, granted that branch of the motion of the defendant Joseph McGrade which was pursuant to CPLR 5019(a) to resettle an order of the same court entered April 18, 2023, so as to delete reference to the defendant Joseph McGrade from the first decretal paragraph granting the plaintiff summary judgment on the issue of liability against the defendants 7th Gear Corp., Lisa Shelton, and Joseph McGrade.
ORDERED that the appeal is dismissed, with costs, as the appellants are not aggrieved by the order appealed from (see CPLR 5511; Mixon v TBV, Inc., 76 AD3d 144, 156-157).
"A person is aggrieved within the meaning of CPLR 5511 'when he or she asks for relief but that relief is denied in whole or in part,' or, 'when someone asks for relief against him or her, which the person opposes, and the relief is granted in whole or in part'" (Estella v Val Auto, LLC, 221 AD3d 967, 967-968 [emphasis omitted], quoting Mixon v TBV, Inc., 76 AD3d 144, 156-157; see CPLR 5511). The order appealed from granted relief to the defendant Joseph McGrade against the plaintiff. Since the appellants, who are McGrade's codefendants, are not aggrieved by the order appealed from, their appeal must be dismissed (see CPLR 5511; Saccheri v Cathedral Props. Corp., 123 AD3d 899).
CHAMBERS, J.P., CHRISTOPHER, LANDICINO and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court